**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS – MARSHALL DIVISION**

| | |
|---|---|
| INTERNET MACHINES MC LLC,<br><br>    Plaintiff,<br><br>      v.<br><br>PLX TECHNOLOGY, INC., ET AL.,<br><br>    Defendants. | 2-11-cv-00193 JRG |

**ORDER OF DISMISSAL**

**WITH PREJUDICE**

Based upon the stipulation, and upon the consent and approval of Plaintiff and Defendants, IT IS SO ORDERED that:

1.    The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2.    Each party shall bear its own costs and attorneys' fees.

**So Ordered and Signed on this**

**Jun 11, 2015**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE